COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-261-CV

IN RE PERDUE, BRACKETT, FLORES, RELATORS

UTT & BURNS, A JOINT VENTURE, 

LUTHER W. ("LUKE") ELLIS, C. DAVID 

FIELDER AND ELIZABETH PARMER 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B:  GARDNER, J.; CAYCE, C.J.; and WILLIAM BRIGHAM (Senior Justice, Retired, Sitting by Assignment).

DELIVERED:  January 19, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.